UNITED STATES BANKRUPTCY COURT
DISTRICT OF NORTH DAKOTA

IN RE: Ketterling, Nathan & Amanda

Bankruptcy No: 08-30910
Chapter 13

**NOTICE OF MOTION TO MODIFY CHAPTER 13 PLAN
POST-CONFIRMATION AND AWARD ATTORNEY COMPENSATION**

    The debtors have filed a motion to amend the Chapter 13 plan in the above referenced case. Your rights may be affected. You should read these papers carefully and discuss them with your attorney. If you do not have an attorney, you may wish to consult one.

PLEASE NOTE that you have TWENTY-ONE (21) days from the date of this notice to object to the proposed amendment. You must file your objection in writing with the Clerk of the Bankruptcy Court at Quentin N. Burdick, United States Courthouse, 655 1st Ave. N., Suite 210, Fargo, ND 58102-4932. You must also mail your objection to other parties in interest, whose names and addresses may be obtained by contacting the clerk at (701) 297-7100.

If no written objections are filed with the Clerk of the Bankruptcy Court, please be advised that the Court may, without further proceedings, sign and enter the order.

Dated: April 14, 2011

*/s/ SARA E. DIAZ*
Attorney for Debtor
Bulie Law Office
1790 32nd Ave. S. Ste 2B
Fargo, ND 58104
Phone: (701) 298-8748
Fax: (701) 365-0740

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NORTH DAKOTA

IN RE: Ketterling, Nathan & Amanda

Bankruptcy No: 08-30910
Chapter 13

## MOTION TO AMEND CHAPTER 13 PLAN POST-CONFIRMATION AND AWARD ATTORNEY COMPENSATION

COMES NOW, the Debtors Nathan & Amanda Ketterling, by and through their attorney, Sara E. Diaz, hereby move this Court for an order to modify their Chapter 13 Plan.

In support of this motion they state:

1. The plan needs to be modified to provide for substantial changes to priority and secured claims because of payments to them outside of the previously confirmed Chapter 13 plan.

2. The Debtors believe they will be able to make the plan payments as proposed in the Modified Chapter 13 Plan dated April 6, 2011.

WHEREFORE, the Debtors respectfully request this Court for approval of the modified plan filed April 6, 2011 pursuant to 11 U.S.C. § 1329. In addition, counsel for the debtors requests compensation in the amount of $500.00 for attorneys fees related to the preparation of the modified plan.

Dated: April 14, 2011

*/s/ SARA E. DIAZ*
Attorney for Debtor
Bulie Law Office
1790 32nd Ave. S. Ste 2B
Fargo, ND 58104
Phone: (701) 298-8748
Fax: (701) 365-0740

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NORTH DAKOTA

| In re: **Ketterling, Nathan & Amanda** | CERTIFICATE OF SERVICE |
|---|---|
| Debtor | Bankruptcy Case No. 08-30910<br>Chapter 13 |

Belinda Kurtz hereby certifies that on April 14, 2011 she served the attached:

Notice & Motion to Modify Chapter 13 Plan Post-Confirmation
Second Modified Chapter 13 Plan

Upon the following:

**SEE ATTACHED MATRIX**

The following parties were all served electronically through the CM/ECF Filing system:

Bruce J. Gering, US Trustee         USTPRegion12.SX.ECF@usdoj.gov

Wayne Drewes, Chapter 13 Trustee    waynedrewes@earthlink.net, ND05@ecfcbis.com

Charles J. Peterson, for Creditor Wells Fargo Home Mortgage cpeterson@mackoff.com, JKadrmas@mackoff.com;NSchafer@mackoff.com;TAman@mackoff.com

Michael M. Thomas, for Creditor Bank of the West mthomas@conmylaw.com, cgronwold@conmylaw.com


Dated: April 14, 2011


/s/ BELINDA KURTZ
Administrative Assistant
Bulie Law Office

Label Matrix for local noticing
0868-3
Case 08-30910
NORTH DAKOTA
Fargo
Thu Apr 14 15:07:02 CDT 2011

Bank of the West
1450 Treat Blvd.
Walnut Creek, CA 94597-7579

CR Evergreen, LLC
MS 550
PO Box 91121
Seattle, WA 98111-9221

PRA Receivables Management, LLC
PO Box 41067
Norfolk, VA 23541-1067

Roundup Funding, LLC
MS 550
PO Box 91121
Seattle, WA 98111-9221

Wells Fargo Home Mortgage
Mackoff Kellogg Law Firm
C/O Charles J Peterson
PO Box 1097
Dickinson, ND 58602-1097

U.S. BANKRUPTCY COURT
655 1ST AVENUE NORTH, SUITE 210
FARGO, ND 58102-4932

BP Amoco
PO Box 15298
Wilmington, DE 19850-5298

Bank Of America
PO Box 15102
Wilmington, DE 19886-5102

Bank Of The West
PO Box 4002
Concord, CA 94524-4002

Bank of the West
Attn: Michael M. Thomas
PO Box 2686
Fargo, ND 58108-2686

Best Buy
Retail Services
PO Box 5238
Carol Stream, IL 60197-5238

Bridgestone Firestone
Credit First N.A.
PO Box 81344
Cleveland, OH 44188-0001

Burlington Northern FCU
3030 Demers Ave
Grand Forks, ND 58201-4057

Cardmember Services
PO Box 94012
Palatine, IL 60094-4012

Care Credit
PO Box 981127
El Paso, TX 79998-1127

Chase
PO Box 94014
Palatine, IL 60094-4014

Citi Cards
PO Box 6500
Sioux Falls, SD 57117-6500

Citi Financial
Attn: Bankruptcy Dept
PO Box 140069
Irving, TX 75014-0069

Credit First National Association
Po Box 818011
Cleveland, OH 44181-8011

(p)DISCOVER FINANCIAL SERVICES LLC
PO BOX 3025
NEW ALBANY OH 43054-3025

Discover Bank/DFS Service LLC
PO Box 3025
New Albany, OH 43054-3025

GE Consumer Finance
For GE Money Bank
dba CARE CREDIT/GEMB
PO Box 960061
Orlando FL 32896-0661

Gap
PO Box 530942
Atlanta, GA 30353-0942

(p)INTERNAL REVENUE SERVICE
CENTRALIZED INSOLVENCY OPERATIONS
PO BOX 7346
PHILADELPHIA PA 19101-7346

J C Penney
PO Box 960090
Orlando, FL 32896-0090

LVNV Funding LLC its successors and assigns
assignee of Citibank
Resurgent Capital Services
PO Box 10587
Greenville, SC 29603-0587

MACYS RETAIL HOLDINGS, INC.
TSYS DEBT MGMT., INC.
PO BOX 137
COLUMBUS, GA 31902-0137

Macy's
9111 Duke Blvd
Mason, OH 45040-8999

Menards
Retail Services
Dept 7680
Carol Stream, IL 60116-0001

Old Navy
PO Box 981400
El Paso, TX  79998-1400

PRA Receivables Management, LLC
As Agent Of Portfolio Recovery Assocs.
PO Box 12914
NORFOLK VA 23541-0914

(p)PORTFOLIO RECOVERY ASSOCIATES LLC
PO BOX 41067
NORFOLK VA 23541-1067

Recovery Management Systems Corporation
For GE Money Bank
dba JCPENNEY CREDIT SERVICES
25 SE 2nd Ave Ste 1120
Miami FL 33131-1605

Recovery Management Systems Corporation
For GE Money Bank
dba OLD NAVY
25 SE 2nd Ave Ste 1120
Miami FL 33131-1605

Sam's Club
GE Consumer Finance
PO Box 103104
Roswell, GA  30076-9104

Sears Gold MasterCard
PO Box 6936
The Lakes, NV  88901-0001

Slumberland
Wells Fargo Financial
PO Box 94498
Las Vegas, NV  89193-4498

TARGET NATIONAL BANK
C O WEINSTEIN AND RILEY, PS
2001 WESTERN AVENUE, STE 400
SEATTLE, WA 98121-3132

Target National Bank
Attn: Bankruptcy Department
PO Box 9475
Minneapolis, MN  55440-9475

U.S. Department Of Education
PO Box 530260
Atlanta, GA  30353-0260

United States Department of Education
Direct Loan Servicing Center
P.O. Box 5609
Greenville, TX 75403-5609

Wells Fargo Bank
PO Box 94435
Albuquerque, NM  87199-4435

Wells Fargo Bank
Po Box 10438
Des Moines IA 50306-0438

Wells Fargo Financial
PO Box 98798
Las Vegas, NV  89193-8798

Wells Fargo Financial National Bank
4137 121st Street
Urbandale IA 50323-2310

Wells Fargo Financial North Dakota, Inc
4137 121st Street
Urbandale IA 50323-2310

Wells Fargo Home Mortgage
C/O Charles J Peterson
PO Box 1097
Dickinson, ND 58602-1097

Wells Fargo Home Mortgage
PO Box 5296
Carol Stream, IL  60197-5296

Yamaha
Retail Services
Dept 7680
Carol Stream, IL  60116-7680

eCAST Settlement Corp
Assignee of HSBC Bank Nevada
Bass & Associates, P.C.
3936 E. Ft. Lowell Rd, Suite 200
Tucson, AZ 85712-1083

eCAST Settlement Corporation assignee of
Chase Bank USA NA
POB 35480
Newark NJ 07193-5480

Amanda Ketterling
4211 39 1/2 Ave. S.
Fargo, ND 58104-6972

~~Bruce J. Gering
Office of United States Trustee
314 South Main Avenue, Suite 303
Sioux Falls, SD 57104-6462~~

Nathan Ketterling
4211 39 1/2 Ave. S.
Fargo, ND 58104-6972

~~Sara Diaz
Bulie Law Office
1790 32nd Ave. S., Suite 2B
Fargo, ND 58103-5942~~

~~Wayne Drewes
Bankruptcy Trustee
P.O. Box 2783
Fargo, ND 58108-2783~~

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Discover
PO Box 30395
Salt Lake City, UT  84130-0395

Internal Revenue Service
P O Box 21126
Philadelphia PA  19114

Portfolio Recovery Associates, LLC
P.O. Box 41067
Norfolk, VA 23541

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(d)Bank of the West
1450 Treat Blvd.
Walnut Creek, CA 94597-7579

(d)Bank of the West
1450 Treat Blvd.
Walnut Creek, CA 94597-7579

(d)CR Evergreen, LLC
MS 550
PO Box 91121
Seattle, WA 98111-9221

(d)Roundup Funding, LLC
MS 550
PO Box 91121
Seattle, WA 98111-9221

(d)Wells Fargo Home Mortgage
c/o Charles J. Peterson
P.O. Box 1097
Dickinson, ND 58602-1097

End of Label Matrix
Mailable recipients    56
Bypassed recipients     5
Total                  61